**Paul Arons, State Bar #84970**
**LAW OFFICE OF PAUL ARONS**
**685 Spring Street, #104**
**Friday Harbor, WA 98250**
**Tel: (360) 378-6496**
**Fax: (360) 37806498**
**lopa@rockisland.com**

**Ronald Wilcox, State Bar #176601**
**LAW OFFICE OF RONALD WILCOX**
**2160 The Alameda, 1st Flr., Suite F**
**San Jose, CA 95126**
**Tel: (408) 296-0400**
**Fax: (408) 296-0486**

**O. Randolph Bragg, IL. Bar #06221983**
**HORWITZ, HORWITZ & ASSOCIATES**
**25 East Washington, Suite 900**
**Chicago, IL 60602**
**(312) 372-8822**

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SUSANNE PALMER, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FAR WEST COLLECTION SERVICES, INC., et al.,<br><br>Defendants. | CIV. NO. C04-03237 RMW<br><br>PLAINTIFF'S MOTION TO COMPEL FURTHER DISCOVERY<br><br>Date: May 24, 2005<br>Time 10:00 a.m.<br>Courtroom 5 |

**TO FAR WEST COLLECTION SERVICES, INC., AND TO THEIR ATTORNEYS OF RECORD IN THIS ACTION:**

PLAINTIFF'S MOTION TO COMPEL FURTHER DISCOVERY: Page 1

Please take notice that on May 24, 2005, at 10:00 a.m. or as soon thereafter as the matter may be heard before the Honorable Patricia V. Trumbull, Magistrate Judge of the United States District Court located at 280 South First Street, San Jose, California, plaintiffs herein will move for an order compelling defendant to provide:

1. Further answers to Plaintiffs' Interrogatories to Defendant, Nos. 1, 3, 4, 5, 6, and 8;

2. Further document production to Plaintiff's Request for Production of Documents, Nos. 1, 2, 3, 4, 5, 6, 7, 8 and 9.

Plaintiff makes this motion pursuant to Fed.R.Civ.P. 37(a), on the ground that the discovery that plaintiff seeks is relevant to the subject matter of the action, reasonably calculated to lead to the discovery of admissible evidence, and is not protected from disclosure by any privilege.  Plaintiff makes this motion pursuant to this notice, the memorandum of points and authorities and declaration of Ronald Wilcox and attached exhibits, filed herewith, and on such other and further evidence as may be adduced at hearing.

DATED: April 18, 2005            LAW OFFICES OF PAUL ARONS

                         By  s/ Paul Arons
                            Paul Arons
                            Attorney for Plaintiff
                            SUSANNE PALMER