Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Floor, Suite F
San Jose, CA 95126
Tel:  (408) 296-0400
Fax: (408) 296-0486

O. Randolph Bragg, IL Bar #06221983
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
Tel:  (312) 372-8822
Fax: (312) 372-1673

Paul Arons, State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 378-6498

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SUSANNE M. PALMER, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>FAR WEST COLLECTION SERVICES, INC.,<br><br>                    Defendant. | CIV. NO.  04-03027 RMW RS<br><br>DECLARATION OF RONALD WILCOX IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL FURTHER DISCOVERY<br><br>Date:  May 24, 2005<br>Time: 10:00 a.m.<br>Courtroom 5 |

I, RONALD WILCOX, HEREBY ATTEST:

1.   I am plaintiff's attorney in the above-mentioned matter.

2.   On December 10, 2004, plaintiff Susanne Palmer served written interrogatories and a request for production of documents.   On February 16, 2005, defendant served responses.   A true and correct copy of defendant's responses, which include plaintiff's discovery requests, is attached to this declaration as <u>Exhibit 1</u>.

3.   Since the time defendant served responses, plaintiff noticed a deposition of defendant.  The deposition was taken off calendar at the defendant's request.  The parties have engaged in settlement discussions, which have yet to resolve the matter.

4.   Since the matter is not yet resolved the parties met and conferred in an attempt to resolve discovery issues.  On March 31, 2005, I called defendant's counsel, Andrew Steinheimer and we met and conferred regarding the outstanding discovery matters.  A true and correct copy of a letter summarizing our meet and confer conversation is attached to this declaration as <u>Exhibit 2</u>.

5.   In our meet and confer session, defendant's counsel agreed to provide additional discovery in seven days, by April 7, 2005.  On April 11, 2005 Mr. Steinheimer emailed me that he would provide additional responses "within the next couple days."  As of the date of this declaration, I have not received anything and the additional discovery responses are more than a week overdue.

6.   Plaintiffs have reported sales of $2.8 million for the years 2002, and $2.8 million for the year 2003.  A true and correct copy of a corporate report available on Lexis is attached to this declaration as <u>Exhibit 3</u>.

7.   Lexis provides an index of civil dockets in a number of California counties.  Based on a search of this index, Far West has not initiated suit since 1997.  A

1    true and correct copy of the search results for "Far West Collection Services,"

2    in the Lexis civil case index is attached to this declaration as <u>Exhibit 4</u>.

3

4

5    Under 28 U.S.C. § 1746, I, RONALD WILCOX, certify under penalty of perjury, that the

6    above statements are true and correct and that this declaration is executed in San Jose,

7    CA.

8

9    DATED: April 18, 2005

10                          <u>/s/Ronald Wilcox</u>
                            Ronald Wilcox

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1  LMark E. Ellis - 127159
   Andrew Steinheimer - 200524
2  MURPHY, PEARSON, BRADLEY & FEENEY
   701 University Avenue, Suite 150
3  Sacramento, CA 95825
   Telephone:    (916) 565-0300
4  Facsimile:    (916) 565-1636

5  Attorneys for Defendant
   FAR WEST COLLECTION SERVICES, INC.

6

7

8                 UNITED STATES DISTRICT COURT

9          DISTRICT OF NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11  SUSANNE M. PALMER, on behalf of herself   Case No.: C04 03027 RMW
    and all others similarly situated
12                                            DEFENDANT FAR WESTCOLLECTION
         Plaintiff,                           SERVICES' RESPONSES TO
13                                            PLAINTIFF'S FIRST DISCOVERY
    v.                                        REQUEST
14
    FAR WEST COLLECTION SERVICES, INC.,
15
         Defendants.
16

17

18

19       Defendant FAR WEST COLLECTION SERVICES hereby responds to plaintiff's first set of

20  discovery.

21                          GENERAL OBJECTIONS

22       It should be noted that the responding party has not fully completed its investigation of the facts

23  relating to this case, has not fully completed its discovery in this action, and has not completed its

24  preparation for the trial.  All the answers contained herein are based upon such information and

25  documents which are presently available and specifically known to this responding party and disclose

26  only those contentions which presently occur to said responding party.  It is anticipated that further

27  discovery, independent investigation, legal research and analysis will supply additional facts, add

28  meaning to the known facts, as well as establish entirely new factual conclusions and legal contentions,

# EXHIBIT 1

1  all of which may lead to substantial additions, changes in and variations from the contentions herein

2  set forth.  The following interrogatory responses are given without prejudice to the responding party's

3  right to produce evidence of any subsequently discovered fact or facts which the responding party may

4  later recall.  Responding party accordingly reserves the right to change any and all answers herein as

5  additional facts are ascertained, analyses are made, legal research is completed and contentions are

6  made.

7        The answers contained herein are made in a good faith effort to supply as much factual

8  information and as much specification of legal contentions as is presently known but should in no way

9  be in prejudice of responding party in relation to further discovery, research and analysis.

10  ## RESPONSES TO REQUESTS FOR ADMISSIONS

11  1.    Letters in the form of Exhibit A were sent to at least 40 persons with addresses within the State

12  of California between July 27, 2003 to present.

13  1.    Admit.

14  2.    Letters in the form of Exhibit A were sent to at least 1,000 persons with addresses within the

15  State of California between July 27, 2003 to the present.

16  2.    Admit.

17  3.    Letters in the form of Exhibit B were sent to at least 40 persons with addresses within the State

18  of California between July 27, 2003 to present.

19  3.    Admit.

20  4.    Letters in the form of Exhibit B were sent to at least 1,000 persons with addresses within the

21  State of California between July 27, 2003 to the present.

22  4.    Admit.

23  5.    Defendant does not initiate suit in California in an attempt to collect debts relating to

24  dishonored checks.

25  5.    Denied.

26  6.    Defendant initiated less than 10 lawsuits in California since July 27, 2003 in an attempt to

27  collect debts relating to dishonored checks.

28  6.    Admit.

# EXHIBIT 1

Defendant Far West Collection Services' Responses To Plaintiff's First Discovery Request

Apr 05 2004 1:56PM   Ronald Wilcox, Attorney A   408-296-0400                    p.5
Case5:04-cv-03027-RMW   Document53   Filed04/18/05   Page6 of 34

Mar-31-05   12:12pm   From-Murphy,Pearson,Bradley,Feeney        +916-565-1637        T-497  P.004  F-179

## RESPONSES TO INTERROGATORIES

1.      State the name, address, phone number, account number, check date, check amount, payee and
total amount collected from each person with an address within California who were sent the form
represented by <u>Exhibit A or B</u> from Defendants between July 27, 2000 to present.

1.      Defendant objects to this interrogatory on the grounds that it calls for the disclosure of personal
and private information including financial information about consumers in the state of California who
are not parties to this action.  Disclosure of said information violates the right to privacy found in the
constitutions of the state of California and the United States as well as state and federal laws including
the FDCPA.  Until an actual class is certified, the identity of the alleged class members including their
addresses, telephone numbers and amount of debts owed to creditors is protected by the individuals
constitutional rights to privacy.  Further, defendant objects on the grounds that this interrogatory calls
for information outside the scope of this lawsuit and therefore it is irrelevant and not likely to lead to
admissible evidence.  Finally, defendant objects to request on the grounds that it is overbroad and
therefore unduly burdensome and harassing.

2.      Describe in detail how the interest in <u>Exhibit B</u> was calculated.

2.      Interest was calculated at a rate of 10% percent per annum from the date the check was
bounced.

3.      State the net worth of Defendant and how it was calculated.

3.      Defendants net worth is $93,545.  This was calculated by way of generally accepted accounting
principles in accordance with <u>Sanders v. Jackson</u> 209 F.3d 998 (8th Cir. 2000).

4.      Sate the amount of interest itemized for each class member recovered by Defendant through
use of letters similar to <u>Exhibits A or B</u>.

4.      Defendant objects to this request on the grounds that it calls for information about class
members and no class has been determined.  Defendant objects to this interrogatory on the grounds
that it calls for the disclosure of personal and private information including financial information about
consumers in the state of California who are not parties to this action.  Disclosure of said information
violates the right to privacy found in the constitutions of the state of California and the United States as
well as state and federal laws including the FDCPA.  Until an actual class is certified, the identity of

## EXHIBIT 1

1  the alleged class members including their addresses, telephone numbers and amount of debts owed to

2  creditors is protected by the individuals constitutional rights to privacy.  Defendant further objects to

3  the extent that it calls for information which is irrelevant and not likely to lead to the discovery of

4  admissible evidence.  Relevant information as to interest collected is necessarily limited to the one-

5  year period prior to plaintiff filing the compliant.  Subject to and without waiving the forgoing

6  objections, defendant responds:  The amount of interest paid on bounced checks from July 27, 2003 to

7  the present is $4,941.00.

8  5.       State the number of law suits brought by Defendant in California to collect a debt relating to a

9  dishonored check since July 27, 2000.

10  5.       Defendant objects to this request on the grounds that it is overly broad and therefore unduly

11  harassing and burdensome.  Further, this request calls for information which is not relevant or

12  reasonably calculated to lead to admissible evidence.  This lawsuit is necessarily limited to the one-

13  year period prior to plaintiff filing the compliant.

14  6.       Describe all procedures maintained by Defendant to prevent the violations alleged in the

15  Complaint.

16  6.       This interrogatory is vague and ambiguous as to the term "to prevent the violations alleged in

17  the Complaint."  Further, the interrogatory is overly broad so as to be unduly burdensome and

18  harassing.  Defendant objects to the extent that the interrogatory calls for attorney client privileged

19  communications, disclosure of attorney work product and disclosure of trade secret or proprietary

20  information.

21  7.       Describe all communications between Defendant and the creditor regarding Ms. Palmer.

22  7.       The creditor assigned the collection of the bounced check to Far West by sending Far West the

23  bounced check.  There were no other communications between the creditor and Far West.

24  8.       For each of the form letters depicted in Exhibits A and B state the name, address, title and job

25  description of each person who drafted, authorized or approved the letter, and state the date and

26  substance of each such action taken.

27  8.       Defendant objects to the extent that it calls for information which is irrelevant and not likely to

28  lead to the discovery of admissible evidence.  Defendant objects to this request on the grounds that it

# EXHIBIT 1

Defendant Far West Collection Services' Responses To Plaintiff's First Discovery Request

1   calls for the disclosure of attorney work product and attorney client privilege.

2   9.      Describe the procedure which results in Defendant sending letters in the form of <u>Exhibits A and</u>

3   <u>B</u>.

4   9.      Exhibits A and B are standard collection notices which are regularly sent out after Far West is

5   assigned a debt for collection.

6   10.     Describe by what authority Defendant acted on behalf of the creditor to collect the alleged

7   debts in <u>Exhibits A and B</u>.

8   10.     The creditor assigned the debt to Far West for collection.

9                   **RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS**

10  1.      All documents regarding the phone numbers, names, and addresses of persons in California

11  who were sent communications in the form of, or similar to, Exhibits A and B, in an attempt to collect

12  on a dishonored check, between July 27, 2000 and July 27, 2004.

13  1.      Objection. Defendant objects to this request on the grounds that it calls for the disclosure of

14  personal and private information including financial information about consumers in the state of

15  California who are not parties to this action. The identity of the alleged class members including their

16  addresses, telephone numbers and amount of debts owed to creditors is protected by the individuals

17  constitutional rights to privacy as well as state and federal laws including the FDCPA. This lawsuit is

18  necessarily limited to the one-year period prior to plaintiff filing the compliant. No documents will be

19  produced.

20  2.      All contracts for the collection of dishonored checks in California.

21  2.      Defendant objects to this request on the grounds that it calls for information which is irrelevant

22  and not reasonably calculated to lead to admissible evidence. As such it is overbroad and unduly

23  burdensome and harassing. Further, this request is not narrowly tailored as required by the Court's

24  case management order concerning discovery. No documents will be produced.

25  3.      All documents regarding monies recovered, above the face amount of a check, when collecting

26  on dishonored checks in California.

27  3.      Defendant objects to this request on the grounds that it is overbroad so as to be unduly

28  burdensome and harassing. Further, the request is vague and ambiguous as to time and vague and

**EXHIBIT 1**

Defendant Far West Collection Services' Responses To Plaintiff's First Discovery Request

1   ambiguous as to what documents, if any, plaintiff is attempting to discover. Further, it calls for

2   information which is irrelevant and not likely to lead to the discovery of admissible evidence. Further,

3   this request is not narrowly tailored as required by the Court's case management order concerning

4   discovery No documents will be produced.

5   4.      All documents identifying creditors on whose behalf Defendant sought to collect amount above

6   the face amount of a check.

7   4.      Defendant objects to this request on the grounds that it calls for information which is irrelevant

8   and not reasonably calculated to lead to admissible evidence. As such it is overbroad and unduly

9   burdensome and harassing. Further, this request is not narrowly tailored as required by the Court's

10  case management order concerning discovery. No documents will be produced.

11  5.      All documents regarding creation, use and modification of letters used to collect dishonored

12  checks in California.

13  5.      Defendant objects to this request on the grounds that it calls for information which is irrelevant

14  and not reasonably calculated to lead to admissible evidence. As such it is overbroad and unduly

15  burdensome and harassing. Defendant objects on the grounds that this request calls for disclosure of

16  attorney client privilege and attorney work product. Further, this request is not narrowly tailored as

17  required by the Court's case management order concerning discovery. No documents will be

18  produced.

19  6.      All documents regarding the calculation of the net worth of Defendant.

20  6.      Defendant objects to this request to the extent that it calls for the improper disclosure of private

21  or privileged financial information. Subject to and without waiving these objections, defendant

22  produces a copy of its financial balance sheet for the year 2004. (Exhibit 6.)

23  7.      All documents relating to the maintenance of procedures by Defendant to ensure compliance

24  with and avoid violations alleged in the Complaint.

25  7.      Defendant objects to this request on the grounds that it is overly broad and therefore unduly

26  burdensome and harassing. Further, the request is vague and ambiguous as to "ensuring compliance

27  with and avoiding violations." As stated this request is unintelligible and unanswerable. Further,

28  defendant objects to the extent it possibly calls for disclosure of work product, privileged, proprietary

1  or trade secret information.

2  8.       All documents regarding any litigation Defendant initiated in California in an attempt to collect

3  a debt between July 27, 2003 and the present.

4  8.       Defendant objects to this request on the grounds that it is overly broad and therefore unduly

5  harassing and burdensome. Further, this request calls for information which is not relevant or

6  reasonably calculated to lead to admissible evidence. Further, this request is not narrowly tailored as

7  required by the Court's case management order concerning discovery. No documents will be

8  produced.

9  9.       All documents regarding any litigation Defendant initiated in California between July 2000 and

10  the present.

11  9.       Defendant objects to this request on the grounds that it is overly broad and therefore unduly

12  harassing and burdensome. Further, this request calls for information which is not relevant or

13  reasonably calculated to lead to admissible evidence. This lawsuit is necessarily limited to the one-

14  year period prior to plaintiff filing the compliant. Further, this request is not narrowly tailored as

15  required by the Court's case management order concerning discovery. No documents will be

16  produced.

17  10.      Copies of all form collection letters used in California for the collection of dishonored checks.

18  10.      Defendant objects to this request on the grounds that it is overly broad and therefore unduly

19  burdensome and harassing. Further the request is vague and ambiguous as to time. Defendant objects

20  on the grounds that the requested information is irrelevant and is not reasonably calculated to lead to

21  the discovery of admissible evidence. Subject to and without waiving these objections, defendant will

22  produce copies of its form letters used to collect bad checks. (Exhibit 10.)

23  Dated: February 16, 2005                      AS TO OBJECTION ONLY
                                                   MURPHY, PEARSON, BRADLEY & FEENEY
24

25

26  By _____
                                                   Andrew Steinheimer
27                                                 Attorneys for Defendant
                                                   FAR WEST COLLECTION SERVICES, INC.
28

## EXHIBIT 1

Defendant Far West Collection Services' Responses To Plaintiff's First Discovery Request

1                              CERTIFICATE OF SERVICE

2          I, Andrew Steinheimer, declare:

3          I am a citizen of the United States, am over the age of eighteen years, and am not a party to or

4   interested in the within entitled cause. My business address is 701 University Avenue, Suite 150,

5   Sacramento, CA 95825.

6          On February 16, 2005, I served the following document(s) on the parties in the within action:

7      **DEFENDANT'S RESPONSES TO PLAINTIFF'S DISCOVERY SET ONE**

| | | |
|---|---|---|
| 8 9 10 | X | **BY MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| 11 12 | | **BY HAND:** The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| 12 13 | | **VIA FACSIMILE:** The above-described document(s) will be transmitted via facsimile, and a copy of same will be mailed, on this same date to the following: |
| 14 | | **VIA OVERNIGHT SERVICE:** The above-described document(s) will be delivered by overnight service, to the following: |

15  Ronald Wilcox                              Attorney For Plaintiff

16  2160 The Alameda
    First Floor, Suite F
17  San Jose, CA 95126-1122

18  O. Randolph Bragg                          Attorney For Plaintiff
    Horwitz, Horwitz & Associates
19  25 East Washington Street, Suite 900
20  Chicago, IL 60602

21

22         I declare that I am employed in the office of a member of the bar of this court at whose

23  direction the service was made.

24         I declare under penalty of perjury under the laws of the State of California that the foregoing is

25  a true and correct statement and that this Certificate was executed on February 16, 2005.

26
                                    By _____
27                                          Andrew Steinheimer

28

# EXHIBIT 1

Defendant Far West Collection Services' Responses To Plaintiff's First Discovery Request

FAR WEST COLLECTION CENTERS, INC.
BALANCE SHEET
December 31, 2003

### ASSETS

CURRENT ASSETS:

| | |
|---|---:|
| PETTY CASH | 8.98 |
| CASH IN BANK GENERAL ACCOUNT | 4,665.55 |
| CASH IN BANK TRUST | 46,177.81 |
| CASH IN BANK  PRE-COLLECT ACCT | 10,580.43 |
| CASH IN BANK  TRUST SUSP ACCT | 0.00 |
| CASH IN SAVINGS ACCT #55861 | 1.27 |
| DEPOSITS IN TRANSIT | 0.00 |
| ACCOUNTS RECEIVABLE AGENCY | 4,579.25 |
| ACCTS RECEIVABLE CHECK-IT DIV | 1,733.61 |
| ACCTS RECEIVABLE PRE-COLLECT | 1,435.02 |
| ALLOWANCE OF BAD DEBTS | 0.00 |
| NOTE RECEIVABLE OAKLAND CREDIT | 0.00 |
| NOTE RECEIVABLE STANISLAUS CR. | 0.00 |
| STOCKHOLDERS LOAN RECEIVABLES | 0.00 |
| EMPLOYEE LOAN RECEIVABLES | 0.00 |
| STOCKHOLDER LOANS | 0.00 |
| LOAN RECEIVABLE OAKLAND CREDIT | 0.00 |
| PREPAID INSURANCE | 0.00 |
| PREPAID TAXES AND LICENSES | 300.00 |
| PREPAID INTEREST | 0.00 |
| PREPAID RENT | 0.00 |
| **TOTAL CURRENT ASSETS** | **55,813.27** |

FIXED ASSETS

| | | |
|---|---:|---:|
| OFFICE FURN AND EQUIPMENT | 460,283.76 | |
| ACCUM. DEPR. FURN. & EQUIPMENT | 444,345.00 - | |
| AUTOMOBILES | 0.00 | |
| ACCUMULATED DEPR. AUTOS | 0.00 | |
| AUTO | | |

OTHER ASSETS

| | | |
|---|---:|---:|
| DEPOSITS | 8,725.00 | |
| PREPAID EXPENSES | 0.00 | |
| UNAMORTIZED ORGANIZATION COSTS | 0.00 | |
| TOTAL FIXED,OTHER ASSETS | | 53,365.22 |
| | | 109,178.79 |

### LIABILITIES AND SHAREHOLDERS EQUITY

CURRENT LIABILITIES:

| | |
|---|---:|
| ACCOUNTS PAYABLE | 0.00 |
| NOTES PAYABLE R.H. SMITH | 0.00 |
| NOTES PAYABLE TO D.A.S. | 0.00 |
| CONTRACTS PAYABLE | 0.00 |
| Note Payable Tayler | 0.00 |
| CLIENT TRUST LIABILITIES | 0.00 |
| ACCRUED PAYROLL TAXES | 0.00 |

# EXHIBIT 1

| | | |
|---|---|---|
| ACCRUED PAYROLL | | 9,528.55 |
| ACCRUED EXPENSES OTHER | | 0.00 |
| ACCRUED PROPTY TAX PAYABLE | | 0.00 |
| ACCRUED PROGRAMMING | | 0.00 |
| ACCRUED CONSULTING FEES | | 0.00 |
| ACCRUED STATE & FEDERAL TAXES | | 0.00 |
| SUSPENSE | | 0.00 |
| CONTRACT PAYABLE- | | 0.00 |
| INSTALLMENT SALE MONSTS | | 0.00 |
| **TOTAL CURRENT LIABILITIES** | | 9,528.55 |
| LONG TERM LIABILITIES: | | |
| NOTES PAYABLE BANK OF AMERICA | | 0.00 |
| BELL ATLANTIC LEASE | | 0.00 |
| PROSPECT LEASING | | 0.00 |
| SHAREHOLDERS' EQUITY: | | |
| CAPITAL STOCK | 7,500.00 | |
| RETAINED EARNINGS | 79,705.04 | |
| PROFIT OR (LOSS) YEAR TO DATE | 6,340.60 | |
| TOTAL SHAREHOLDERS' EQUITY | | 93,549.64 |
| | | 103,178.55 |

\***Lease obligation of $6,335.00 per month through May
2006 not included in balance statement.

# EXHIBIT 1

Mar-31-05   12:13pm   From-Murphy,Pearson,Bradley,Feeney        +916-565-1637         T-497   P.012/023   F-179

P.O. BOX 937
CONCORD, CA 94522-0937

RETURN SERVICE REQUESTED

PERSONAL & CONFIDENTIAL

October 27, 2004

## FAR WEST COLLECTION SERVICES, INC.
925-827-8200

Our Client:  M19
Account Number:      M6  M17  #31
Principal:           $M12
Return Check Charge: $M13
Interest:            $M14
Balance Due:         $M15

Visa/Master Card Number _____
Expiration date: _____
Payment Amount: _____
Signature
_____ PH_____

TEST NAME
1 ADDRESS ST
ADDR 2
CITY, ST 12345-6789

Send To: FAR WEST COLLECTION SERVICES, INC.
P.O. BOX 937
CONCORD, CA 94522-0937

......................................   Please detach upper portion and return with your payment   ...........................................

This communication is from a debt collector.

This has been sent to you by a collection agency, Far West Collection Services, Inc.
This is an attempt to collect a debt and any information obtained will be used for that purpose.

*******************************YOUR ATTENTION PLEASE*******************************

The above named client has assigned your dishonored check to
Far West Collection Services, Inc., PO Box 937 Concord CA 94522

**************************************************************
T H I S  I S  A  F O R M A L  D E M A N D
F O R  P A Y M E N T
**************************************************************

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection
Practices Act require that, except under unusual circumstances, collectors may not contact
you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or
arrest or by using obscene language. Collectors may not use false or misleading statements
or call you at work if they know or have reason to know that you may not receive personal
calls at work. For the most part, collectors may not tell another person, other than your
attorney or spouse, about your debt. Collectors may contact another person to confirm your
location or enforce a judgment. For more information about debt collection activities, you may
contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Unless you notify this office within 30 days after receiving this notice that you dispute the
validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify
this office in writing within 30 days of receiving this notice, this office will obtain verification the
debt or obtain copy of a judgment and or verification. If you request this office in writing within
30 days after receiving this notice, this office will provide you with the name  and address of
the original creditor if different from the current creditor.

Far West Collection Services, Inc.
3018 Willow Pass Road, Suite 201
Concord, CA 94519
925-827-8200
EXHIBIT 1 ax

JLCO.FWC71.2.01/14/99A.t

P.O. BOX 937
CONCORD, CA 94522-0937

RETURN SERVICE REQUESTED

PERSONAL & CONFIDENTIAL

October 27, 2004

TEST NAME
1 ADDRESS ST
ADDR 2
CITY, ST 12345-6789

**FAR WEST COLLECTION SERVICES, INC.**
925-827-8200

| | |
|---|---|
| Our Client: | M19 |
| Account Number: | M6 M17 #32 |
| Principal: | $M12 |
| Return Check Charge: | $M13 |
| Interest: | $M14 |
| Balance Due: | $M15 |

Visa/Master Card Number_____
Expiration date:_____
Payment Amount:_____
Signature
_____ PH_____

Send To: FAR WEST COLLECTION SERVICES, INC.
P.O. BOX 937
CONCORD, CA 94522-0937

· · · · · · · · · · · · · · · · · · · · · · · Please detach upper portion and return with your payment · · · · · · · · · · · · · · · · · · · · · · · · ·

This communication is from a debt collector.

This has been sent to you by a collection agency, Far West Collection Services, Inc.
This is an attempt to collect a debt and any information obtained will be used for that purpose.

To date you have not responded to our request for payment on your dishonored check made
payable to the above named client.

It is imperative that you remit payment in full to Far West Collection Services, Inc. Failure
to do so may necessitate our using other remedies to collect your dishonored check.

Please call 925-827-8200 or send your correspondence to PO Box 937 Concord, CA 94522.

Far West Collection Services, Inc.
3018 Willow Pass Road, Suite 201
Concord, CA 94519
925-827-8200
925-685-8843 - Fax

Mar-31-05   12:13pm   From-Murphy,Pearson,Bradley,Feeney        +916-565-1637      T-487  P.014/023  F-178

P.O. BOX 937
CONCORD, CA 94522-0937

RETURN SERVICE REQUESTED

PERSONAL & CONFIDENTIAL

October 27, 2004

TEST NAME
1 ADDRESS ST
ADDR 2
CITY, ST 12345-6789

**FAR WEST COLLECTION SERVICES, INC.**
925-827-8200

Our Client:  M19
Account Number:       M8 M17 #34
Principal:            $M12
Return Check Charge: $M13
Interest:            $M14
Balance Due:         $M15

Visa/Master Card Number_____
Expiration date:_____
Payment Amount:_____
Signature
_____ PH_____

Send To: FAR WEST COLLECTION SERVICES, INC.
          P.O. BOX 937
          CONCORD, CA 94522-0937

- - - - - - - - - - - - - - - - - - - - - - - - - - Please detach upper portion and return with your payment - - - - - - - - - - - - - - - - - - - - - - - - - -

## This communication is from a debt collector.

This has been sent to you by a collection agency, Far West Collection Services, Inc.
This is an attempt to collect a debt and any information obtained will be used for that purpose.

### This is a formal demand for payment and notice prior to reporting you to a national credit reporting bureau.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit-reporting agency if you fail to fulfill the terms of your credit obligations. In order to avoid the negative impact this could have on your credit, it will be necessary for you to send the balance in full to this office without delay.

Please take note that once we report this item to any credit bureau, it will show on your credit record. In this day and age your credit rating is very important. Please take this opportunity to protect your credit. Remit your payment or call this office promptly to make payment arrangements to avoid further collection activity.

Far West Collection Services, Inc.
3018 Willow Pass Road, Suite 201
Concord, CA 94519
925-685-8843 - Fax

Mar-31-05   12:13pm   From-Murphy,Pearson,Bradley,Feeney          +916-565-1637       T-497   P.015/023   F-179

P.O. BOX 937
CONCORD, CA 94522-0937

RETURN SERVICE REQUESTED

PERSONAL & CONFIDENTIAL

October 27, 2004

TEST NAME
1 ADDRESS ST
ADDR 2
CITY, ST 12345-6789
||..ll.l.l.l.ll.l.l.l.ll.l.l..l.l.l.l.l..ll.l.ll.l.l.l.ll..ll..l|

# FAR WEST COLLECTION SERVICES, INC.
### 925-827-8200

Our Client:  M19
**Account Number:**      M6 M17 #02
**Principal:**           $M12
**Return Check Charge:** $M13
**Interest:**            $M14
**Balance Due:**         $M15

Visa/Master Card Number_____
Expiration date:_____
Payment Amount:_____
Signature
_____ PH_____

Send To: FAR WEST COLLECTION SERVICES, INC
P.O. BOX 937
CONCORD, CA 94522-0937

· · · · · · · · · · · · · · · · · · · · · · · · · · ·   Please detach upper portion and return with your payment   · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

This communication is from a debt collector.

This has been sent to you by a collection agency, Far West Collection Services, Inc.
This is an attempt to collect a debt and any information obtained will be used for that purpose.

It has come to our attention that you have not responded to any notices in regards to the
above claim against you.

We strongly urge that you send payment in full or contact our office without delay to make
satisfactory arrangements to keep your account from becoming further delinquent. Please call
925-827-8200.

Please send correspondence to PO Box 937 Concord, CA 94522.

Far West Collection Services, Inc.
3016 Willow Pass Road, Suite 201
Concord, CA 94519
925-827-8200
925-565-5645 -Fax

EXHIBIT

JL06,FWC022,01R4R9A

P.O. BOX 937
CONCORD, CA 94522-0937

RETURN SERVICE REQUESTED

PERSONAL & CONFIDENTIAL

January 21, 2005

TEST NAME
1 ADDRESS ST
ADDR 2
CITY, ST 12345-6789

**F**AR WEST COLLECTION SERVICES, INC.
925-827-8200

Our Client:  M19
Account Number:      M6 M17 #03
Principal:                $M12
Return Check Charge: $M13
Interest:                   $M14
Balance Due:          $M15

Visa/Master Card Number_____
Expiration date:_____
Payment Amount:_____
Signature
_____ PH_____

Send To: FAR WEST COLLECTION SERVICES, INC.
P.O. BOX 937
CONCORD, CA 94522-0937

........................................    Please detach upper portion and return with your payment    ...........................................

This communication is from a debt collector.

This has been sent to you by a collection agency, Far West Collection Services, Inc.
This is an attempt to collect a debt and any information obtained will be used for that purpose.

*** Notice ***

Payment in full must reach our office or arrangements for payment in full must be made
promptly to have us close your account in this office.

Time is of the essence, what is your decision????

Please call 925-827-8200.  Please send correspondence to PO Box 937 Concord, CA 94522.

Far West Collection Services, Inc.
3018 Willow Pass Road, Suite 201
Concord, CA 94519
EXHIBIT 8-00
925-685-5843 - Fax

Mar-31-05   12:14pm   From-Murphy,Pearson,Bradley,Feeney      +916-565-1637      T-497   P.017/023   F-179

P.O. BOX 937
CONCORD, CA 94522-0937

RETURN SERVICE REQUESTED

PERSONAL & CONFIDENTIAL

October 27, 2004

TEST NAME
1 ADDRESS ST
ADDR 2
CITY, ST 12345-6789

**FAR WEST COLLECTION SERVICES, INC.**
925-827-8200

Our Client:  M19
Account Number:       M8 M17 #04
Principal:            $M12
Return Check Charge:  $M13
Interest:             $M14
Balance Due:          $M15

Visa/Master Card Number_____
Expiration date:_____
Payment Amount:_____
Signature                      PH_____

Send To: FAR WEST COLLECTION SERVICES, INC.
P.O. BOX 937
CONCORD, CA 94522-0937

........................ Please detach upper portion and return with your payment ........................

This communication is from a debt collector.

This has been sent to you by a collection agency, Far West Collection Services, Inc.
This is an attempt to collect a debt and any information obtained will be used for that purpose.

# YOUR ATTENTION PLEASE

Your account remains unpaid as of this date.

It is imperative that you remit the full balance without delay or you may contact
this office and make proper arrangements to clear this balance due.

If paid in full to this office, all collection activity will be stopped...

Please call 925-827-8200.

Please send correspondence to PO Box 937 Concord, CA 94522.

Far West Collection Services, Inc.
3016 Willow Pass Road, Suite 201
Concord, CA 94519
925-827-8200
925-685-8843 - Fax

Mar-31-05   12:14pm   From-Murphy,Pearson,Bradley,Feeney       +916-565-1637       T-497   P.018/023   F-178

P.O. BOX 937
CONCORD, CA 94522-0937

RETURN SERVICE REQUESTED

PERSONAL & CONFIDENTIAL

October 27, 2004


TEST NAME
1 ADDRESS ST
ADDR 2
CITY, ST 12345-6789
ldlldldldldlldldlldlldldlldllllllllldllldllllllllllll

# FAR WEST COLLECTION SERVICES, INC.
### 925-827-8200

Our Client: M19
**Account Number:**        M6 M17 #08
Principal:                 $M12
Return Check Charge:       $M13
Interest:                  $M14
**Balance Due:**           $M15

Visa/Master Card Number_____
Expiration date:_____
Payment Amount:_____
Signature
_____ PH_____

Send To: **FAR WEST COLLECTION SERVICES, INC.**
P.O. BOX 937
CONCORD, CA 94522-0937

.......................................  Please detach upper portion and return with your payment  .........................................

This communication is from a debt collector.

This has been sent to you by a collection agency, Far West Collection Services, Inc.
This is an attempt to collect a debt and any information obtained will be used for that purpose.

**************************
**  THANK YOU  **
**************************

This is to acknowledge receipt of your payment as per your request.

Your payment has been credited to your account and the balance shown above is the current balance due as of this date.

If you have any questions, please notify us at once. Please call 925-827-8200. Please send correspondence to PO Box 937 Concord, CA 94522.

Far West Collection Services, Inc.
3018 Willow Pass Road, Suite 201
Concord, CA 94519
925-685-2410
925-685-8843 - Fax

EXHIBIT 1

Mar-21-05   12:14pm   From-Murphy,Pearson,Bradley,Feeney        +916-565-1637        T-497   P.018/023   F-179

P.O. BOX 937
CONCORD, CA 94522-0937

RETURN SERVICE REQUESTED

PERSONAL & CONFIDENTIAL

October 27, 2004

TEST NAME
1 ADDRESS ST
ADDR 2
CITY, ST 12345-6789
hullululllullalulululllullalulullulullullul

# FAR WEST COLLECTION SERVICES, INC.
### 925-827-8200

Our Client:  M19
Account Number:  M6  M17  #12
Principal:  $M12
Return Check Charge:  $M13
Interest:  $M14
Balance Due:  $M15

Visa/Master Card Number_____
Expiration date:_____
Payment Amount:_____
Signature_____  PH_____

Send To:  FAR WEST COLLECTION SERVICES, INC
P.O. BOX 937
CONCORD, CA 94522-0937

·······························   Please detach upper portion and return with your payment   ·······························

This communication is from a debt collector. This has been sent by a collection agency, Far West Collections, Inc.. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Please contact our office concerning the above outstanding debt that is due to our client referenced above.  The goods or services you received have not been paid for.

We can help you resolve this debt.

Contact us at 925-827-8200.

Far West Collection Services, Inc.
3018 Willow Pass Road, Suite 201
Concord, CA 94519
EXHIBIT 1
925-685-8843 - Fax

JL00.FWC12.2.01/14/99A.01

P.O. BOX 937
CONCORD, CA 94522-0937

RETURN SERVICE REQUESTED

PERSONAL & CONFIDENTIAL

October 27, 2004

TEST NAME
1 ADDRESS ST
ADDR 2
CITY, ST 12345-6789

**FAR WEST COLLECTION SERVICES, INC.**
925-827-8200

Our Client:  M19
Account Number:      **M8 M17 #67**
Principal:                    $M12
Return Check Charge: $M13
Interest:                     $M14
Balance Due:             $M15

Visa/Master Card Number_____
Expiration date:_____
Payment Amount:_____
Signature _____ PH_____

Send To: **FAR WEST COLLECTION SERVICES, INC.**
P.O. BOX 937
CONCORD, CA 94522-0937

.......................................... Please detach upper portion and return with your payment ....................................................

This communication is from a debt collector.

This has been sent to you by a collection agency, Far West Collection Services, Inc.
This is an attempt to collect a debt and any information obtained will be used for that purpose.

A good credit report is important...

This is a good time to call our office and make arrangements for payment of the above
account.

Your cooperation in clearing this matter will be appreciated.

Please call 925-827-8200 or send your correspondence to PO Box 937 Concord, CA 94522.

Far West Collection Services, Inc.
3018 Willow Pass Road, Suite 201
Concord, CA 94519

EXHIBIT 1

JL00.FWC67.2.0100/099a.0X

Mar-31-05   12:14pm   From-Murphy,Pearson,Bradley,Feeney        +916-565-1637        T-497   P.021/023   F-179

P.O. BOX 937
CONCORD, CA 94522-0937

RETURN SERVICE REQUESTED

PERSONAL & CONFIDENTIAL

October 27, 2004

# FAR WEST COLLECTION SERVICES, INC.
### 925-827-8200

Our Client:  M19
Account Number:        M6  M17 #68
Principal:             $M12
Return Check Charge:   $M13
Interest:              $M14
Balance Due:           $M15

Visa/Master Card Number_____
Expiration date:_____
Payment Amount:_____
Signature_____ PH_____

TEST NAME
1 ADDRESS ST
ADDR 2
CITY, ST 12345-6789
IlulllulllullllulullllllallllllulullulllllalllulllllllalllllulllullllullulllllllllllIlullllllullllllullulllllllllllllull

Send To: FAR WEST COLLECTION SERVICES, INC.
P.O. BOX 937
CONCORD, CA 94522-0937

.................................   Please detach upper portion and return with your payment.   ................................................

## This communication is from a debt collector.

This has been sent to you by a collection agency, Far West Collection Services, Inc.
This is an attempt to collect a debt and any information obtained will be used for that purpose.

Courtesy notice: A recent review of your account shows that this balance is still due. We realize this could be an oversight and not a willful disregard of an assumed obligation.

Please make further collection procedures unnecessary by sending payment or calling to make satisfactory arrangements with us today.

Please call 925-827-8200 or send your correspondence to PO Box 937 Concord, CA 94522.

Far West Collection Services, Inc.
3018 Willow Pass Road, Suite 201
Concord, CA 94519
925-827-8200

# EXHIBIT 1

JL00.FWC68.2.01/14/09A.0C

Mar-31-05   12:14pm   From-Murphy,Pearson,Bradley,Feeney   +616-565-1637   T-497   P.022/023   F-179

P.O. BOX 937
CONCORD, CA 94522-0937

RETURN SERVICE REQUESTED

PERSONAL & CONFIDENTIAL

October 27, 2004

TEST NAME
1 ADDRESS ST
ADDR 2
CITY, ST 12345-6789

**FAR WEST COLLECTION SERVICES, INC.**
925-827-8200

Our Client: M19
Account Number:   M6 M17 #69
Principal:        $M12
Return Check Charge: $M13
Interest:         $M14
Balance Due:      $M15

Visa/Master Card Number_____
Expiration date:_____
Payment Amount:_____
Signature_____ PH_____

Send To: FAR WEST COLLECTION SERVICES, INC.
P.O. BOX 937
CONCORD, CA 94522-0937

.......................... Please detach upper portion and return with your payment ..........................

This communication is from a debt collector.

This has been sent to you by a collection agency, Far West Collection Services, Inc.
This is an attempt to collect a debt and any information obtained will be used for that purpose.

We wish you had taken care of this outstanding balance...

We are here to help you resolve this debt.

We have several different options available to you.

Please contact our office today to discuss this matter.  Please call 925-827-8200 or send your
correspondence to PO Box 937 Concord, CA 94522.

Far West Collection Services, Inc.
3018 Willow Pass Road, Suite 201
Concord, CA 94519
925-827-8200
925-685-8848 - Fax

JL/09,FWC70,2,01/14/89AJ

payment arrangements

Please call 925-827-8200 or mail your correspondence to PO Box 937 Concord, CA 94522.

Far West Collection Services, Inc.
3018 Willow Pass Road, Suite 201
Concord, CA 94519
925-827-8200
925-685-8848 - Fax

# EXHIBIT 1

JL00,FWC70,2,01/14/89A

Ronald Wilcox • Attorney at Law

REPRESENTING INDIVIDUALS IN ALL ASPECTS OF FINANCIAL REORGANIZATION AND BANKRUPTCY

TEL: (408) 296-0400 • FAX: (408) 296-0486

April 4, 2005

Andrew Steinheimer, Esq.
Murphy Pearson et al.
701 University Ave., Suite 150
Sacramento, CA 95825

Re:   **Palmer v. Far West Collection Services, Inc.**
Meet and confer of March 31, 2005

Dear Andrew,

I am writing to confirm our telephone discussion of March 31, 2005, regarding the outstanding discovery matters.  Our discussion and agreement is as follows:

## INTERROGATORIES

**1.       State the name, address, phone number, account number, check date, check amount, payee and total amount collected from each person with an address within California who were sent the form represented by Exhibit A or B from Defendants between July 27, 2000 to the present.**

You stated Defendant is not willing to produce this information until either a) a class is certified or b) we reach a settlement.

**3.       State the net worth of Defendant and how it was calculated.**

I indicated plaintiff agrees with case-law indicating a defendant's goodwill is part of net worth.  You stated that you are unsure whether Defendant has any goodwill.  I presume you will inform us within 7 days, as was the time you indicated you would respond to the other items below.

**4.       State the amount of interest itemized for each class member recovered by**

**Defendant through use of letters similar to Exhibits A or B.**

# EXHIBIT 2

2160 The Alameda • First Floor, Suite F • San Jose, CA 95126-1122
E-mail: ronaldwilcox@post.harvard.edu • Web site: e-bankruptcy.com

Ronald Wilcox • Attorney at Law

REPRESENTING INDIVIDUALS IN ALL ASPECTS OF FINANCIAL REORGANIZATION AND BANKRUPTCY

TEL: (408) 296-0400 • FAX: (408) 296-0486

You stated Defendant is not willing to produce this information for a four-year period (defendant produced information for a one-year period), until either a) a class is certified or b) we reach a settlement.

**5.    State the number of law suits brought by Defendant in California to collect a debt relating to a dishonored check since July 27, 2000.**

You stated you believed the number to be zero (0) and would supplement this response within 7 days (for the purposes of this letter "within" or "in 7 days" means 7 days from the date we met and conferred, which was March 31, 2005).

**6.    Describe all procedures maintained by Defendant to prevent the violations alleged in the Complaint.**

You stated you will revise your response within 7 days, and then we can talk again.

**8.    For each of the form letters depicted in <u>Exhibits A and B</u> state the name, address, title and job description of each person who drafted, authorized or approved the letter, and state the date and substance of each such action taken.**

I indicated there are several reasons for this question, including plaintiff may wish to depose these individuals. You stated you would talk to your client again, and respond within 7 days, but they may still object.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**1.    All documents regarding the phone numbers, names, and addresses of persons in California who were sent communications in the form of, or similar to, <u>Exhibits A and B</u>, in an attempt to collect on a dishonored check, between July 27, 2000 and July 27, 2004.**

You stated Defendant is not willing to produce this information until either a) a class is certified or b) we reach a settlement.

**2.    All contracts for the collection of dishonored checks in**

# EXHIBIT 2

2160 The Alameda • First Floor, Suite F • San Jose, CA 95126-1122
E-mail: ronaldwilcox@post.harvard.edu • Web site: e-bankruptcy.com

Ronald Wilcox • Attorney at Law

REPRESENTING INDIVIDUALS IN ALL ASPECTS OF FINANCIAL REORGANIZATION AND BANKRUPTCY

TEL: (408) 296-0400 • FAX: (408) 296-0486

You stated Defendant is not willing to produce this information until either a) a class is certified or b) we reach a settlement. In the event the parties reach a settlement you indicated defendant would provide only the names of those creditors it has contracts with.

3.   **All documents regarding monies recovered, above the face amount of a check, when collecting on dishonored checks in California.**

You indicated defendant informed you no documents exist. I offered to enter into a stipulation that no such documents exist. You indicated you will ask your client again if any such documents exist and let us know within 7 days.

4.   **All documents identifying creditors on whose behalf Defendant sought to collect amounts above the face amount of a check.**

You stated Defendant is not willing to produce this information until either a) a class is certified or b) we reach a settlement. In the event the parties reach a settlement you indicated defendant would provide only the names of those creditors it has contracts with.

5.   **All documents regarding creation, use and modification of letters used to collect dishonored checks in California.**

As I pointed out, defendant has not produced a privilege log. I also offered to enter into a stipulation that no such documents exist. You indicated you will revisit the issue with your client and let me know the results in 7 days.

6.   **All documents regarding the calculation of the net worth of Defendant.**

You indicated defendant will not produce anything more, unless we reach a settlement.

7.   **All documents relating to the maintenance of procedures by Defendant to ensure compliance with and avoid violations alleged in the Complaint.**

# EXHIBIT 2

2160 The Alameda • First Floor, Suite F • San Jose, CA 95126-1122
E-mail: ronaldwilcox@post.harvard.edu • Web site: e-bankruptcy.com

Ronald Wilcox • Attorney at Law

REPRESENTING INDIVIDUALS IN ALL ASPECTS OF FINANCIAL REORGANIZATION AND BANKRUPTCY

TEL: (408) 296-0400 • FAX: (408) 296-0486

As I pointed out, defendant has not produced a privilege log. I also offered to enter into a stipulation that no such documents exist. You stated you will revise your response within 7 days, and then we can talk again.

**8.    All documents regarding any litigation Defendant initiated in**

**California in an attempt to collect a debt between July 27, 2003 and the present.**

You agreed to speak with your client and confirm whether the number of suits was (0)

zero, and thus there are no documents to produce, and let me know in 7 days.

**9.    All documents regarding any litigation Defendant initiated in**

**California between July 2000 and the present.**

Despite Judge Whyte's ruling that plaintiffs have standing to bring a claim for injunctive relief under Bus. & Prod. Code 17200, you indicated defendant will not produce any documents.

Additionally, I offered to stipulate to resolve any of the above issues if possible. You agreed to respond within 7 days of when we spoke. Furthermore, I have requested you provide defendant's available dates for deposition in late April and May 2005. Finally, plaintiff awaits a response to its latest settlement offer.

I look forward to talking to you very soon.

Thank you,

Ronald Wilcox

# EXHIBIT 2

2160 The Alameda • First Floor, Suite F • San Jose, CA 95126-1122
E-mail: ronaldwilcox@post.harvard.edu • Web site: e-bankruptcy.com

Case5:04-cv-03027-RMW Document53 Filed04/18/05 Page29 of 34

Source: News & Business > Company & Financial > Company Profiles & Directories > **U.S. Private Company Reports** 🔟
Terms: **far west collection services** (Edit Search)

✦Select for FOCUS™ or Delivery
☐

*Company Briefs--Gale Group June 17, 2004 Far West Collection Services Inc.*

Copyright 2004 Gale Group, Inc.
Company Briefs--Gale Group

### Far West Collection Services Inc.

3018 Willow Pass Rd. Ste. 201
Concord, CA 94519
United States

TELEPHONE: 925 827-8200 (925)256-0352

June 17, 2004

**COMPANY-NO:** 0001233989

**VARIANTS:**
**Far West Collection Services** Inc. Main Company Name CID 1233989

**PUB-TYPE:** Company Profile

**INCORP-YEAR:** 1974

**EMPLOYEES:** 44(Company Information)

**COMPANY-TYPE:** Private Company, Headquarters Location

NAICS:
561440 Collection Agencies
PRIMARY SIC CODE:
7322 Adjustment & Collection Services

**DESCRIPTION:** Services: Collection agency

**HISTORICAL-SALES:**

| YEAR | SALES($ millions) |
|------|-------------------|
| 2003 | 2.80 |
| 2002 | 2.80 |

REVENUES: $ 2,800,000
REVENUE-TYPE: SALES
REVENUE-SOURCE: Company Information
FISCAL YEAR END: December 31, 2003

**HISTORICAL-REVENUES:**

| YEAR | REVENUE | TYPE | INFO SOURCE | EMPLOYEES |
|------|---------|------|-------------|-----------|

# EXHIBIT 3

Case5:04-cv-03027-RMW   Document53   Filed04/18/05   Page30 of 34

Search - 2 Results - Far West Collection Services                    Page 2 of 2

| 2003 | $2.80m | SALES | Company Information | 44 |
| 2002 | $2.80m | SALES | Company Information | 44 |

**EXECUTIVES:**
Chief Executive Officer:
Robert Smith, President
Chief Financial Officer:
Darleen Smith, Treasurer

TELEX:(925)256-0352

**LOAD-DATE:** June 18, 2004

Source: News & Business > Company & Financial > Company Profiles & Directories > U.S. Private Company
Reports ⊡
Terms: far west collection services  (Edit Search)
View: Full
Date/Time: Thursday, July 1, 2004 - 4:16 PM EDT

About LexisNexis | Terms and Conditions

Copyright © 2004 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

# EXHIBIT 3

Source: My Sources > Public Records > Civil & Criminal Court Filings and Regulatory Actions > Civil & Criminal Filings -
Selected States > California > CA Combined Civil Court Filings From Superior and Municipal Courts 🔲
Terms: far west collection service (Edit Search)

➔Select for FOCUS™ or Delivery

☐    1. DUBLIN CONSTRUCTION & DRYWALL, 4/25/1984, C84-
258770, SUPERIOR, CIVIL, CALIFORNIA CIVIL CASE FILINGS, CACIVL
**FAR WEST COLLECTION SERVICE** INC

☐    2. DUNN, SHARON L, 10/30/1997, C97908628-1, CENTRAL
DIVISION, CIVIL, CALIFORNIA CIVIL CASE INDEX
... RONNIE DUANE, (PA)    **FAR WEST COLLECTION SERVICE,** (PA)

☐    3. FAR WEST COLLECTION SERVICE INC, 8/13/1982, C82-
238292, SUPERIOR, CIVIL, CALIFORNIA CIVIL CASE FILINGS, CACIVL
**FAR WEST COLLECTION SERVICE** INC    FAR WEST ...

☐    4. FAR WEST COLLECTION SERV INC, 1/2/1991, C91021282-9, FRESNO
MUNICIPAL COURT, CIVIL, CALIFORNIA CIVIL CASE INDEX
**FAR WEST COLLECTION SERV** INC

☐    5. FAR WEST COLLECTION SERV INC, 1/16/1991, C91021706-7, FRESNO
MUNICIPAL COURT, CIVIL, CALIFORNIA CIVIL CASE INDEX
**FAR WEST COLLECTION SERV** INC

☐    6. FAR WEST COLLECTION SER, 1/31/1990, 0092775, SAN MATEO
MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
**FAR WEST COLLECTION SER**

☐    7. FAR WEST COLLECTION SER, 5/11/1990, 0095604, SAN MATEO
MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
**FAR WEST COLLECTION SER**

☐    8. FAR WEST COLLECTION SER, 5/11/1990, 0095605, SAN MATEO
MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
**FAR WEST COLLECTION SER**

☐    9. FAR WEST COLLECTION SER, 6/21/1990, 0096511, SAN MATEO
MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
**FAR WEST COLLECTION SER**

☐    10. FAR WEST COLLECTION SVC, 7/3/1990, 0096877, SAN MATEO
MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
**FAR WEST COLLECTION SVC**

☐    11. FAR WEST COLLECTION SER, 9/5/1990, 0098441, SAN MATEO
MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
**FAR WEST COLLECTION SER**

☐    12. FAR WEST COLLECTION SER, 9/11/1990, 0098691, SAN MATEO
MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX

# EXHIBIT 4

**FAR WEST COLLECTION SER**

☐  13. FAR WEST COLLECTION SER, 11/13/1990, 0100451, SAN MATEO
        MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
        **FAR WEST COLLECTION SER**

☐  14. FAR WEST COLLECTION SER, 11/20/1990, 0100661, SAN MATEO
        MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
        **FAR WEST COLLECTION SER**

☐  15. FAR WEST COLLECTION SERV INC, 4/8/1991, 0104338, SAN MATEO
        MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
        **FAR WEST COLLECTION SERV** INC

☐  16. FAR WEST COLLECTION SERV INC, 8/8/1991, 0107626, SAN MATEO
        MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
        **FAR WEST COLLECTION SERV** INC

☐  17. FAR WEST COLLECTION SERV INC, 8/8/1991, 0107627, SAN MATEO
        MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
        **FAR WEST COLLECTION SERV** INC

☐  18. FAR WEST COLLECTION SERV INC, 5/20/1992, 0115231, SAN MATEO
        MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
        **FAR WEST COLLECTION SERV** INC

☐  19. FAR WEST COLLECTION SER INC, 7/14/1992, 0116607, SAN MATEO
        MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
        **FAR WEST COLLECTION SER** INC

☐  20. FAR WEST COLLECTION SERV INC, 7/15/1992, 0116656, SAN MATEO
        MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
        **FAR WEST COLLECTION SERV** INC

☐  21. FAR WEST COLLECTION SER, 1/31/1990, 0092775, SAN MATEO
        MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
        **FAR WEST COLLECTION SER**

☐  22. FAR WEST COLLECTION SER, 5/11/1990, 0095604, SAN MATEO
        MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
        **FAR WEST COLLECTION SER**

☐  23. FAR WEST COLLECTION SER, 5/11/1990, 0095605, SAN MATEO
        MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
        **FAR WEST COLLECTION SER**

☐  24. FAR WEST COLLECTION SER, 6/21/1990, 0096511, SAN MATEO
        MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
        **FAR WEST COLLECTION SER**

# EXHIBIT 4

☐   25. FAR WEST COLLECTION SVC, 7/3/1990, 0096877, SAN MATEO
MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
**FAR WEST COLLECTION SVC**

☐   26. FAR WEST COLLECTION SER, 9/5/1990, 0098441, SAN MATEO
MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
**FAR WEST COLLECTION SER**

☐   27. FAR WEST COLLECTION SER, 9/11/1990, 0098691, SAN MATEO
MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
**FAR WEST COLLECTION SER**

☐   28. FAR WEST COLLECTION SER, 11/13/1990, 0100451, SAN MATEO
MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
**FAR WEST COLLECTION SER**

☐   29. FAR WEST COLLECTION SER, 11/20/1990, 0100661, SAN MATEO
MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
**FAR WEST COLLECTION SER**

☐   30. FAR WEST COLLECTION SERV INC, 4/8/1991, 0104338, SAN MATEO
MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
**FAR WEST COLLECTION SERV** INC

☐   31. FAR WEST COLLECTION SERV INC, 8/8/1991, 0107626, SAN MATEO
MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
**FAR WEST COLLECTION SERV** INC

☐   32. FAR WEST COLLECTION SERV INC, 8/8/1991, 0107627, SAN MATEO
MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
**FAR WEST COLLECTION SERV** INC

☐   33. FAR WEST COLLECTION SERV INC, 5/20/1992, 0115231, SAN MATEO
MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
**FAR WEST COLLECTION SERV** INC

☐   34. FAR WEST COLLECTION SER INC, 7/14/1992, 0116607, SAN MATEO
MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
**FAR WEST COLLECTION SER** INC

☐   35. FAR WEST COLLECTION SERV INC, 7/15/1992, 0116656, SAN MATEO
MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
**FAR WEST COLLECTION SERV** INC

☐   36. FAR WEST COLLECTION SER, 6/16/1989, 86744SM, SAN MATEO
MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
**FAR WEST COLLECTION SER**

☐   37. FAR WEST COLLECTION SER, 8/24/1989, 88558SM, SAN MATEO
MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX

# EXHIBIT 4

Case5:04-cv-03027-RMW   Document53   Filed04/18/05   Page34 of 34

**FAR WEST COLLECTION SER**

☐   38. FAR WEST COLLECTION SER, 6/16/1989, 86744SM, SAN MATEO
        MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
        **FAR WEST COLLECTION SER**

☐   39. FAR WEST COLLECTION SER, 8/24/1989, 88558SM, SAN MATEO
        MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
        **FAR WEST COLLECTION SER**

☐   40. OTTO BRUCE, 11/2/1992, 0084302, SOUTH SAN FRANCISCO
        MUNICIPAL, CIVIL, CALIFORNIA CIVIL CASE INDEX
        **FAR WEST COLLECTION SERV**

Source: My Sources > Public Records > Civil & Criminal Court Filings and Regulatory Actions > Civil & Criminal Filings
        - Selected States > California > **CA Combined Civil Court Filings From Superior and Municipal Courts** ▦
Terms: **far west collection service**  (Edit Search)
View: Cite
Date/Time: Wednesday, April 6, 2005 - 4:34 PM EDT

About LexisNexis | Terms and Conditions

Copyright © 2005 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

# EXHIBIT 4