**\*E-FILED 6/8/05\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANNE M. PALMER,<br><br>    Plaintiff,<br><br>  v.<br><br>FAR WEST COLLECTION SERVICES, INC.,<br><br>    Defendant.<br>_____/ | No. C 04-03027 RMW (RS)<br><br>ORDER DENYING REQUEST<br>TO EXCUSE ATTENDANCE<br>AT SETTLEMENT CONFERENCE |

TO ALL COUNSEL AND PARTIES OF RECORD:

By letter dated June 7, 2005, Far West Collection Services, through its counsel, requested that its Vice President, Kathy Kranz, be excused from personally appearing at the settlement conference scheduled for June 17, 2005.

After considering the request, the Court hereby denies the request to excuse personal attendance.

IT IS HEREBY ORDERED that defendant's Vice President, Kathy Kranz, shall appear in person at the settlement conference scheduled for June 17, 2005 at 9:30 a.m.

Dated: June 8, 2005

 /s/ Richard Seeborg  
RICHARD SEEBORG  
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

Ronald Wilcox, Esq.
Email: ronaldwilcox@post.harvard.edu

**Counsel for Defendant(s)**

Andrew Steinheimer, Esq.
Email: asteinheimer@mpbf.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

Dated: June 8, 2005

                                                  /s/ BAK
                                       Chambers of Magistrate Judge Richard Seeborg