**E-FILED on**     6/21/05

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSANNE M. PALMER, On Behalf of Herself and Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FAR WEST COLLECTION SERVICES, INC.,<br><br>Defendant. | No. C-04-03027 RMW<br><br>ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO MAGISTRATE'S MAY 23, 2005 ORDER<br><br>**[Re Docket Nos. 67]** |

Rule 72(a) of the Federal Rules of Civil Procedure allows parties to file timely objections to rulings of a magistrate judge in nondispositive matters. Such objections are sustained if the magistrate judge's order is "found to be clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a).

On June 3, 2005 plaintiff filed her objection to the magistrate judge's Order of May 23, 2005 Granting in Part and Denying in Part Motion to Compel Further Discovery.[1]  The court has reviewed the magistrate judge's order and finds it to be neither clearly erroneous nor contrary to law.

DATED:     6/20/05                                          /s/ Ronald M. Whyte
                                                                      RONALD M. WHYTE
                                                                      United States District Judge

---

[1] Due to an ECF outage, appropriately documented as required by General Order No. 45, plaintiff was unable to e-file her objection until June 3, 2005. Plaintiff's objection was timely made.

ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO MAGISTRATE'S MAY 23, 2005 ORDER—C-04-03027 RMW MAG

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiff(s):**
Ronald Wilcox          ronaldwilcox@post.harvard.edu
3  O. Randolph Bragg      rand@horwitzlaw.com
Paul Arons             lopa@rockisland.com
4
**Counsel for Defendant(s):**
5  June D. Coleman        jcoleman@mpbf.com
Andrew Steinheimer     asteinheimer@mpbf.com
6  Mark Ellis             mellis@mpbf.com

7

8  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.
9

10

11
**Dated:**      6/21/05                        /s/ MAG
12                                              **Chambers of Judge Whyte**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO MAGISTRATE'S MAY 23, 2005 ORDER—C-04-03027 RMW
MAG                                             2