1  Ronald Wilcox, State Bar #176601
   LAW OFFICE OF RONALD WILCOX
2  2160 The Alameda, 1st Flr., Suite F
3  San Jose, CA 95126
   Tel:  (408) 296-0400
4  Fax: (408) 296-0486
   ronaldwilcox@post.harvard.edu
5
6  O. Randolph Bragg, IL. Bar #06221983
   HORWITZ, HORWITZ & ASSOCIATES
7  25 East Washington, Suite 900
   Chicago, IL 60602
8  Tel:  (312) 372-8822
   Fax: (312) 372-1673
9  rand@horwitzlaw.com

10 Attorneys for Plaintiff
11 SUSANNE PALMER

12
13                    **UNITED STATES DISTRICT COURT**
                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14                              **SAN JOSE DIVISION**

15                              *E-FILED - 11/17/05*

16

| | |
|---|---|
| SUSANNE PALMER, on behalf of herself and all others similarly situated, | CIV. NO.  C04-03027 RMW |
| Plaintiff, | **PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT, REQUEST TO CONTINUE CMC TO DEC. 16, 2005, and ORDER** |
| vs. | |
| FAR WEST COLLECTION SERVICES, INC., | Date:  November 18, 2005
Time:  10:30 a.m.
Courtroom 6 |
| Defendants. | |

   The Court will hear Plaintiff's Motion for Class Certification Friday, November 18, 2005 (see Doc 97).  Thus, Plaintiff believes it is appropriate to continue the Case Management Conference to December 16, 2005.  Plaintiff attempted to contact defendant's counsel (Mark Ellis, June Koper and Andrew Steinheimer), but was informed they are all out of the office for the day.  Thus, Plaintiff is

- 1 -

Plaintiff's Case Management Conference Statement

unaware as to whether they join in this request to continue the matter, but does not believe Defendants oppose such.

Dated: November 15, 2005

                                  /s/Ronald Wilcox
                                **Ronald Wilcox, Counsel for Plaintiff**

## ORDER

**The Case Management Conference shall be continued to December 16, 2005 at 10:30 a.m.**

**IT IS SO ORDERED:**

/S/ RONALD M. WHYTE      11/17/05
**HON. RONALD WHYTE**      **DATE**