1  Mark E. Ellis - 127159
   Andrew M. Steinheimer - 200524
2  MURPHY, PEARSON, BRADLEY & FEENEY
   701 University Avenue, Suite 150
3  Sacramento, CA 95825
   Telephone:   (916) 565-0300
4  Facsimile:   (916) 565-1636

5  Attorneys for Defendant
   FAR WEST COLLECTION SERVICES, INC.
6

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                SAN JOSE DIVISION          *E-FILED - 12/7/05*

11 | SUSANNE M. PALMER, on behalf of herself        | Case No.: C04 03027 RMW
   | and all others similarly situated               |
12 |                                                 | Related Actions:   C04-03026 RMW
   |     Plaintiff,                                  |                    C04-03237 RMW
13 |                                                 |                    C05 02280 RMW
   | v.                                              |
14 |                                                 | **FAR WEST'S CASE MANAGEMENT
   | FAR WEST COLLECTION SERVICES, INC.,             | CONFERENCE STATEMENT**
15 |                                                 |
   |     Defendants.                                 |
16 |                                                 | Currently Scheduled:
   |                                                 | Date:          November 18, 2005
17 |                                                 | Time:          10:30 a.m.
   |                                                 | Courtroom:     6
18 |                                                 |
   |                                                 | Proposed CMC Date:
19 |                                                 | Date:          January 13, 2006
   |                                                 | Time:          10:30 a.m.
20 |                                                 | Courtroom:     6

21

22     Defendant Far West submits the following case management conference statement separately,

23 to respond to plaintiffs' separate statement. Defense counsel was out of the office after approximately

24 1:30 p.m. yesterday, which must have been when plaintiffs' counsel attempted to contact defense

25 counsel to discuss the separate statement filed by plaintiffs. If plaintiffs' counsel had left a message or

26 sent e-mail or other correspondence, defense counsel could have responded and the parties could have

27 consulted in the preparation of a joint statement. However, no such message was left and no such

28 correspondence was sent.

- 1 -

Far West's Case Management Conference Statement

Defendant Far West does not object to plaintiff's requested continuance in general, but suggests that the case management conference be rescheduled to January 13, 2006, when counsel is already scheduled to appear before this Court in the related case of **Carrizosa v. Stassinos**, case no. C05-02280 RMW. Defense counsel has met and conferred with plaintiffs' counsel and plaintiffs' counsel stipulated to the January 13, 2006 date.

Dated: November 16, 2005

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
June D. Koper
Attorneys for Defendant
FAR WEST COLLECTION SERVICES, INC.

**IT IS SO ORDERED** that the November 18, 2005 case management conference is continued to January 13, 2006, at 10:30 a.m. in Courtroom 6.

Dated: 12/7/05

/S/ RONALD M. WHYTE
_____
Honorable Ronald M. Whyte
Judge, U.S. District Court
Northern District of California

JDK.10296823.doc