Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@yahoo.com

O. Randolph Bragg, IL. Bar #06221983
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
Tel: (312) 372-8822
Fax: (312) 372-1673
rand@horwitzlaw.com

Attorneys for Plaintiff
SUSANNE PALMER

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

*E-FILED - 8/16/06*

| | |
|---|---|
| SUSANNE PALMER, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FAR WEST COLLECTION SERVICES, INC.,<br><br>Defendants. | CIV. NO. C04-03027 RMW<br><br>JOINT REQUEST TO CONTINUE MANAGEMENT CONFERENCE<br>AND ORDER<br>Date: August 18, 2006<br>Time: 10:30 a.m.<br>Courtroom 6 |

The parties to the above-entitled action agree that it will not be productive to hold a Case Management Conference until the Court had decided plaintiffs' pending Motion for Class Certification. Accordingly, the parties agree that the Case Management Conference should be continued, to be reset upon the Court's deciding the pending Motion for Class Certification now under submission.

- 1 -

Joint Request to Continue Case Management Conference

Dated: August 11, 2006

    /s Paul Arons
**Paul Arons, Counsel for Plaintiff**

Dated: August 11, 2006

    s/Andrew Steinheimer
**Andrew Steinheimer, Counsel for Defendants**

Having considered the parties' Joint Request to Continue Case Management Conference, the request is granted. A Case Management Conference shall be held on  September 8, 2006 , at 10:30 a.m. in Courtroom 6. The parties shall file a Joint Case Management Conference Statement no later than  September 1, 2006 .

DATED:  8/16/06       /s/ Ronald M. Whyte
Honorable Ronald M. Whyte
Judge, United States District Court

- 2 -

Joint Request to Continue Case Management Conference