**E-FILED on** 12/20/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUSANNE M. PALMER and SHARON HAMMER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PAUL R. STASSINOS,<br><br>　　　　Defendant. | No. C-04-03026 RMW<br><br>REQUEST FOR STATUS; ORDER SETTING CASE MANAGEMENT CONFERENCE |
| SUSANNE M. PALMER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FAR WEST COLLECTION SERVICES, INC.,<br><br>　　　　Defendant. | No. C-04-03027 RMW<br><br>REQUEST FOR STATUS; ORDER SETTING CASE MANAGEMENT CONFERENCE |
| SUSANNE M. PALMER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>I.C. SYSTEM, INC.; and B. BROWN.,<br><br>　　　　Defendant. | No. C-04-03237 RMW<br><br>REQUEST FOR STATUS; ORDER SETTING CASE MANAGEMENT CONFERENCE |

REQUEST FOR STATUS; ORDER SETTING CASE MANAGEMENT CONFERENCE—C-04-03026 RMW, C-04-03027 RMW, C-04-03237 RMW
MAG

1  The court requests that the parties in the above-captioned cases submit a status report and
2  appear at a case management conference to update the court on the progress of the cases. The
3  parties shall appear Friday, January 25, 2008 at 10:30 a.m. for a status conference. The parties shall
4  file a joint status report by Friday, January 18, 2008. The court prefers that the parties file a single
5  joint status report for all cases, but will accept a separate joint status report for each case, if
6  necessary.

DATED:     12/20/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff(s):**

Ronald Wilcox         ronaldwilcox@post.harvard.edu
O. Randolph Bragg    rand@horwitzlaw.com
Paul Arons             lopa@rockisland.com
Brian Bromberg      brian@bromberglawoffice.co

**Counsel for Defendant(s):**

Andrew Steinheimer   asteinheimer@mpbf.com
Mark Ellis              mellis@mpbf.com
June D. Coleman     jcoleman@mpbf.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 12/20/07                                   /s/ MAG
                                                             **Chambers of Judge Whyte**