Paul Arons, State Bar #84970
LAW OFFICE OF PAUL ARONS
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 378-6498
lopa@rockisland.com

Ronald Wilcox, State Bar #176601
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126
Tel:  (408) 296-0400
Fax: (408) 296-0486

O. Randolph Bragg, IL. Bar #06221983
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
(312) 372-8822

Attorneys for Plaintiffs

*EFILED 8/12/08*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SUSANNE PALMER, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FAR WEST COLLECTION SERVICES, INC.,<br><br>Defendant. | CIV. NO. 5:C04 03027 RMW<br><br>CLASS ACTION<br><br>ORDER  APPROVING CLASS SETTLEMENT PURSUANT TO FED.R.CIV.P. 23(e)<br><br><br>Date:  August 8, 2008<br>Time: 9:00 a.m.<br>Courtroom 6 |

The hearing for approval of the Stipulation of Settlement ("Stipulation") and Plan of Distribution, and entry of Final Judgment came on before the Court on August 8, 2008, after notice to all parties in this action and to all class members entitled to notice pursuant to the Stipulation and Plan of Distribution. At the hearing all parties and members of the class entitled to notice were given a full opportunity to be heard and to raise any objections they had to the Stipulation, Plan of Distribution, or to the Final Judgment sought by the class representative.

After careful consideration of all matters raised at the hearing and all papers filed by all parties and Class Members, and all other pleadings, papers and documents on file in this action, and

GOOD CAUSE APPEARING, THE COURT APPROVES the Stipulation of Settlement and Plan of Distribution, and enters the Final Judgment which constitutes a final adjudication of the claims asserted by the named Plaintiffs and the Class Members against Far West Collection Services, Inc., defendant in this action.

ACCORDINGLY, IT IS ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. This Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all Class Members.

2. The Stipulation of Settlement ["Stipulation"] and Plan of Distribution filed in this action on January 10, 2008 are incorporated by this reference as though set forth in full.

3. The Court finally approves the Settlement set forth in the Stipulation and approves the Plan of Distribution proposed by plaintiffs, and finds that the Settlement and Plan of Distribution are, in all respects, fair, reasonable and adequate to the Class.

4. This action against Far West Collection Services, Inc. ["Far West"], is dismissed on the merits and with prejudice.

Civ. No. 04-3027: ORDER APPROVING CLASS ACTION SETTLEMENT: Page 2

5. Far West is released and discharged with respect to all claims that were asserted or that could have been asserted in this Action, whether known or unknown, arising out of the facts and circumstances surrounding Far West's actions in seeking to collect interest on, or threaten litigation in connection with the checks at issue.

6. The notice of the Settlement given to those members of the Class entitled to notice was the best notice practicable under the circumstances, including individual notice to all members of the Class entitled to notice who could be identified through reasonable efforts. The notice provided due and adequate notice of those proceedings and of the matters set forth in the proposed settlement set forth in the Stipulation and Plan of Distribution to all persons entitled to notice. The notice fully satisfied the requirements of Rule 23(e) of the Federal Rules of Civil Procedure and the requirements of due process.

7. The Stipulation was entered into in good faith between the class and Far West, under all applicable provisions of state and federal law including without limitation California Code of Civil Procedure sections 877 and 877.6

8. Without affecting in any way the finality of the Final Judgment to be entered, this Court shall retain jurisdiction over: (a) implementation and enforcement of the Settlement and Plan of Distribution; (b) disposition of the Settlement Fund to Notice Class Members; (c) hearing and determining Plaintiffs' Counsel's application for attorneys' fees, costs, interest and expenses; and, (d) the Action until the final judgment contemplated in this order has become effective and each and every act agreed to be performed by the parties shall have been performed pursuant to the Stipulation and Plan of Distribution.

9. If for any reason the Stipulation is terminated, this judgment shall be vacated *nunc pro tunc*.

Civ. No. 04-3027: ORDER APPROVING CLASS ACTION SETTLEMENT: Page 3

**IT IS SO ORDERED.**

DATED:     8/11/08

_Ronald M. Whyte_
Hon. Ronald M. Whyte
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA